JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDU M. MVUEMBA, <br>     Petitioner, <br>   v. <br> THE PEOPLE, <br>     Respondent. | Case No. CV 19-09866 FMO (RAO) <br><br> JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Application for Certificate of Probable Cause for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: March 18, 2020                          /s/
                                                               FERNANDO M. OLGUIN
                                                                UNITED STATES DISTRICT JUDGE